CHRIS L. SUESS, Respondent, *v.* VILLAGE OF DEPEW,
Appellant.

*Suess* v. *Village of Depew*, 155 App. Div. 946, affirmed.
(Argued January 20, 1915; decided February 5, 1915.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial

department, entered March 29, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries and for damage to property alleged to have been sustained by plaintiff through the negligence of the defendant in permitting a dangerous hole to exist in one of its streets.

*Levant D. Lester* for appellant.

*Irving W. Cole* and *Hamilton Ward* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, MILLER, CARDOZO and SEABURY, JJ.